# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 455 WAL 2015

                 Respondent    :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

            v.                    :

                                   :

                                   :

TORRENCE L. FORD,    :

                                   :

               Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.